# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# AT ERIE

| | | |
|---|---|---|
| ERIC WILDCAT HALL, | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 15-20 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| REV. ULRICH KLEMM, | ) | |
| Administrator for Religion, Volunteer, | ) | |
| and Recreational Services, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation, Docket No. 52;

(2) Plaintiff's Motion for Summary Judgment, Docket No. 38, is **GRANTED**;

(3) Plaintiff is entitled to receive a modified Kosher diet, as described in his briefing, Compl., Docket No. 1 at 4-8, and Br. Supp. Pl's. Mot. Summ. J., Docket No. 39 at 3. Plaintiff shall receive such meals as long as he remains incarcerated with the Pennsylvania Department of Corrections;

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 7th day of March, 2017.

*Barbara J Rothstein*

_____

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE